## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MASONICARE CORP.,<br>   *Plaintiff*, | :<br>:<br>: |
| v. | :   Case No. 3:22-CV-743 (OAW) |
| JOHNSON CONTROLS FIRE<br>PROTECTION LP,<br>   *Defendant*. | :<br>:<br>:<br>: |

## ORDER OF RECUSAL

The court recently became aware of the fact that the email address listed for Plaintiff's counsel indicates an association with Travelers Insurance, at which the undersigned's wife is employed.

28 U.S.C. § 455(a) requires recusal "in any proceeding in which [a judge's] impartiality might reasonably be questioned." Section 455(b)(4) requires disqualification where the judge "or his spouse . . . has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceeding." Section 455(5) similarly requires disqualification where the judge "or his spouse . . . [has] an interest that could be substantially affected by the outcome of the proceeding . . . " The court concludes that recusal is warranted and hereby requests that the Clerk of Court reassign this case to another United States District Judge.

**IT IS SO ORDERED** at Hartford, Connecticut, this 9th day of December, 2022.

                                                                                **/s/**
                                                        Omar A. Williams
                                                        United States District Judge